(122 So. 615)

## J. C. ROBERTS v. E. L. THOMPSON & SON. (8 Div. 109.)

Supreme Court of Alabama. May 23, 1929.

J. Marvin Kelly, of Hartselle, and Tennis Tidwell, of Decatur, for petitioner.

W. W. Callahan, of Decatur, opposed.

THOMAS, J. Petition of E. L. Thompson & Son for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in J. C. Roberts v. E. L. Thompson & Son, 122 So. 614.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.